IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JESSE WAYNE SKIPPER, II, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:12-cv-648-WHA |
| ) | |
| JAY JONES, SHERIFF LCSO, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

No timely objection having been filed by the Plaintiff to the Recommendation of the Magistrate Judge (Doc. #47), entered on August 5, 2015, and following a review of the file in this case, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Defendant Williams is DISMISSED without prejudice due to failure to effect service on him in accordance with applicable procedural rules.

2. Defendants' Motion to Dismiss (Doc. #31) is GRANTED to the extent that Defendants seek dismissal of this case due to Plaintiff's failure to exhaust an administrative remedy available to him at the Lee County Detention Center prior to initiating this action.

3. This case is DISMISSED with prejudice pursuant to 42 U.S.C. § 1997(c)(a) for Plaintiff's failure to properly exhaust an administrative remedy available to him at the Lee County Detention Center.

4. No costs are taxed.

DONE this 31st day of August, 2015.

                                              /s/ W. Harold Albritton  
                                              W. HAROLD ALBRITTON  
                                              SENIOR UNITED STATES DISTRICT JUDGE